UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY BRISCOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONDA DeBOWER, et al.,<br><br>　　　　Defendants. | Case No. C11-2183-TSZ<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, docket no. 23, to which no objection has been timely filed, does hereby find and ORDER:

　　(1)　The Court adopts the Report and Recommendation.

　　(2)　This action is DISMISSED with prejudice.

　　(3)　The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

　　DATED this 18th day of January, 2013.

　　　　　　　　　　　　　　　　　　／s／ Thomas S. Zilly
　　　　　　　　　　　　　　　　　　THOMAS S. ZILLY
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL
PAGE - 1